```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MADESA DICKERSON and       )
KENITA DICKERSON,          )
                           )
     Plaintiffs,           )
                           )      CIVIL ACTION NO.
     v.                    )        2:23cv315-MHT
                           )            (WO)
TERRANCE WADE RAY and      )
STATE OF ALABAMA,          )
                           )
     Defendants.           )
```

## OPINION

Pro se plaintiffs Madesa and Kenita Dickerson filed this lawsuit on behalf of their severely injured father, asserting that defendant Terrance Wade Ray assaulted him and that defendant State of Alabama failed to prosecute Ray, thereby violating his civil rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed without prejudice because pro se plaintiffs cannot represent another person in a federal lawsuit, and that defendants' motions to dismiss be denied as moot. There are no

objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of March, 2024.

                                /s/ Myron H. Thompson  
                             UNITED STATES DISTRICT JUDGE